IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTY M. MORTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CASE NO. 2:22-CV-394-WKW |
| STIVERS BROTHERS AUTOMOTIVE OF ALABAMA, INC., | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Upon consideration of the parties' stipulation of dismissal with prejudice (Doc. # 27), Plaintiff's action against Defendant has been dismissed with prejudice by operation of Rule 41 of the Federal Rules of Civil Procedure.

The Clerk of the Court is DIRECTED to terminate this action.

DONE this 24th day of January, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE